UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael B. Flanigan,

    Plaintiff,

09-1179

Wallace et al.,

    Defendants.

## Case Management Order #1

The plaintiff proceeds on an excessive force claim against Defendant Wallace, regarding an incident that allegedly occurred on July 28, 2009. Defendant Wallace has submitted a video of the alleged incident, moving to file it under seal for an *in camera* inspection.

The motion to file the video under seal will be granted. The court agrees with Defendant Wallace that disclosure of the video could inform inmates about the prison's surveillance capabilities, which in turn could enable inmates to avoid surveillance, presenting a serious security risk.

However, in order for the court to consider the recording on summary judgment motion, it needs to be properly authenticated and a foundation laid for what it is, how it was compiled, what time period and day it represents, whether it is a continuous recording or has been edited, etc. Accordingly, Defendant Wallace will be directed to submit an affidavit from the appropriate person(s) to authenticate and lay a foundation for the recording, and to identify the persons on the recording.

IT IS THEREFORE ORDERED:

1) Defendant Wallace's motion to seal the recording is granted (d/e 39). The clerk is directed to place the recording in the vault.

2) By October 29, 2010, Defendant Wallace is directed to submit the appropriate affidavit(s) authenticating the recording and laying a foundation for its admission.

Entered this 21st Day of October, 2010.

**\s\Harold A. Baker**

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE